IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01560-LTB

AKEEM MAKEEN,

    Plaintiff,

v.

HONORABLE ROBERT LEWIS MCGAHEY, JR., in his official capacity as a Denver District Judge of the Denver District Court, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 11, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 11th day of June, 2014.

                               FOR THE COURT,

                               JEFFREY P. COLWELL, Clerk

                               By: s/K Lyons
                                  Deputy Clerk